Lithuania Building and Loan Association of Cicero, appellant, v. Pinkert State Bank, appellee. Gen. No. 34,664.

Opinion filed May 19, 1931.

Anthony A. Slakis and Thomas C. Hollywood, for appellant; Theodore A. Spence, of counsel. Chapman & Cutler, for appellee; Charles M. Thomson, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

A. F. Phillips, appellee, v. Murray & Nickell Manufacturing Company, appellant. Gen. No. 34,709.

Opinion filed May 19, 1931.

Campbell, Clithero & Fischer, for appellant. Edgar J. Schoen, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Peter Mester, appellee, v. Michael Mester, appellant. Gen. No. 34,718.

Opinion filed May 19, 1931.

Green & Rice, Harry J. Blake and W. O. Burns, for appellant; Lawrence A. Rice, of counsel. Edward Sager and Julius S. Neale, for appellee.

Mr. Justice Gridley delivered the opinion of the court.